CAROLINE V. PEABODY, Respondent, v. WESTCHESTER RACING ASSOCIATION et al., Appellants.— In our opinion, the verdict of the jury is clearly excessive and may be the result of bias engendered in the minds of the jury by the admission of the evidence concerning so-called " racket " and alleged " shakedown " conspiracy. The admission of this evidence was clearly improper, as the trial court later conceded in its charge to the jury. On all the facts disclosed it was a close issue whether as a matter of law probable cause was shown. In any event, under all the facts and circumstances disclosed, we hold that the amount awarded was clearly excessive. Judgment unanimously reversed and a new trial ordered, with costs to the appellants to abide the event, unless the plaintiff stipulates to reduce the total verdict to $1,500 in which event the judgment is affirmed, with costs to the appellants. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

■

In the Matter of 859 KELLY ST. REALTY CORP., Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.

■

In the Matter of the Arbitration between ROSE KARABELL et al., Appellants, and NEW YORK CREDIT MEN'S ADJUSTMENT BUREAU, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.

■

CHARLES SCHNER, JR., et al., as Executors of CHARLES SCHNER, Deceased, Appellants, v. SEYMOUR SIMPSON et al., Doing Business under the Name of Garden Food Company et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.

■

FRANK PARIS, Respondent, v. ROBERT E. SMITH et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.

■

L. A. FOX, Appellant, v. MANUEL E. KULUKUNDIS et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.

■

NORTHRIDGE, INC., Respondent, v. TAILORED WOMAN, INC., Appellant. Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.